# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE A. GALLIMORT,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 73037

**FILED**

JUN 1 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting the State's motion to refer defendant to the Department of Corrections for forfeiture of statutory credits. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Eric Johnson, District Judge
        Jose A. Gallimort
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

17-19303